UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, | : : : : Civil Action No. 05-11614 WGY |
| Plaintiff, | : : |
| v. | : : |
| VESTMONT LIMITED PARTNERSHIP, VESTMONT LIMITED PARTNERSHIP II, VESTMONT LIMITED PARTNERSHIP III, and VESTERRA CORPORATION d/b/a MONTGOMERY SQUARE PARTNERSHIP, | : : : : : : |
| Defendants. | : |

**ASSENTED-TO MOTION FOR**
**<u>ADMISSION OF ATTORNEYS PRO HAC VICE</u>**

Pursuant to Local Rule 83.5.3(b), Robert D. Hillman, co-counsel for defendants Vestmont Limited Partnership, Vestmont Limited Partnership II, Vestmont Limited Partnership III, and Vesterra Corporation d/b/a Montgomery Square Partnership (hereinafter referred to as "Vestmont" in the above-referenced matter and a member of the bar of this Court in good standing, respectfully moves the court for an order allowing the following attorneys from the firm of Buchanan Ingersoll, P.C. to appear and practice in this case <u>pro</u> <u>hac</u> <u>vice</u>:

    **A.**    **Howard D. Scher**

Submitted herewith is the <u>Certification of Howard D. Scher In Support of Motion for *Admission Pro Hac* Vice</u> establishing that the applicant is a member of the bar of the highest court of the State of Pennsylvania; that he is a member of the bar in good standing in the

jurisdictions where he is admitted to practice; that there are no disciplinary proceedings pending against him in any jurisdiction; and he is familiar with this court's Local Rules.

    B.    **C. Randolph Ross**

Submitted herewith is the <u>Certification of C. Randolph Ross In Support of Motion for *Admission Pro Hac* Vice</u> establishing that the applicant is a member of the bar of the highest court of the State of Pennsylvania and New York; that he is a member of the bar in good standing in the jurisdictions where he is admitted to practice; that there are no disciplinary proceedings pending against him in any jurisdiction; and he is familiar with this court's Local Rules.

    C.    **Brian J. McCormick, Jr.** to appear and practice in this case <u>pro</u> <u>hac</u> <u>vice</u>. Submitted herewith are the <u>Certification of Brian J. McCormick, Jr. In Support of Motion for *Admission Pro Hac* Vice</u> establishing that the applicant is a member of the bar of the highest court of the State of Pennsylvania, New Jersey and Michigan; that he is a member of the bar in good standing in the jurisdictions where he is admitted to practice; that there are no disciplinary proceedings pending against him in any jurisdiction; and he is familiar with this court's Local Rules.

Movant has filed an appearance in this case as co-counsel for defendants. The other parties to this action, through counsel, have assented to this motion.

### **CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

The undersigned conferred with counsel for all parties in a good faith effort to narrow the issues contained in this motion, and all parties assent to this motion.

                                                  /s/ *Robert D. Hillman*
                                                  _____
                                                  Robert D. Hillman

        Respectfully submitted,

        VESTMONT LIMITED PARTNERSHIP,
        VESTMONT LIMITED PARTNERSHIP II,
        VESTMONT LIMITED PARTNERSHIP III, and
        VESTERRA CORPORATION d/b/a
        MONTGOMERY SQUARE PARTNERSHIP

        By their attorney,

        /s/ *Robert D. Hillman*
        _____
        Robert D. Hillman, BBO # 552637
        DEUTSCH WILLIAMS BROOKS
           DeRENSIS & HOLLAND, P.C.
        99 Summer Street
        Boston, MA   02110-1213

Date:   October 12, 2005        (617) 951-2300

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for each party appearing in this action *via first-class mail* on this date.

        /s/ *Robert D. Hillman*
        _____

DWLIB 188852v1
8836/00

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, | Civil Action No. 05-11614 WGY |
| Plaintiff, | |
| v. | |
| VESTMONT LIMITED PARTNERSHIP, et al., | |
| Defendants. | |

CERTIFICATION OF C. RANDOLPH ROSS
IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*

1.  I am a shareholder in the firm of Buchanan Ingersoll PC, with an address, telephone number, and facsimile number as follows:

    BUCHANAN INGERSOLL PC
    1835 Market Street, 14th Floor
    Philadelphia, PA 19103
    Telephone: (215) 665-8700
    Facsimile: (215) 665-8760

2.  I am admitted to practice before the highest court of the Commonwealth of Pennsylvania and the State of New York, and am a member in good standing of both state bars. I am also admitted to practice before the following courts: the United States Court of Appeals for the Federal Circuit, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Eastern District of New York and the United States District Court for the Southern District of New York.

3. I am not subject to pending disciplinary proceedings in any jurisdiction.

4. Defendants Vestmont Limited Partnership, Vestmont Limited Partnership II, Vestmont Limited Partnership III and Vesterra Corporation have requested that I represent them as counsel in this action.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. If admitted *pro hac vice* in this matter, I will abide by the Local Court Rules of the United States District Court for the District of Massachusetts.

Date: September 27, 2005

_____
C. RANDOLPH ROSS

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN HANCOCK LIFE INSURANCE
COMPANY,

        Plaintiff,

v.

VESTMONT LIMITED PARTNERSHIP,
et al.,

        Defendants.

Civil Action No. 05-11614 WGY

**CERTIFICATION OF HOWARD D. SCHER
IN SUPPORT OF
<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

1.    I am a shareholder in the firm of Buchanan Ingersoll PC, with an address, telephone number, and facsimile number as follows:

> BUCHANAN INGERSOLL PC
> 1835 Market Street, 14th Floor
> Philadelphia, PA 19103
> Telephone: (215) 665-8700
> Facsimile: (215) 665-8760

2.    I am admitted to practice before the highest court of the Commonwealth of Pennsylvania, and am a member in good standing of the Pennsylvania state bar. I am also admitted to practice before the following courts: United States Supreme Court, the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the Western District of Pennsylvania.

3.    I am not subject to pending disciplinary proceedings in any jurisdiction.

4. Defendants Vestmont Limited Partnership, Vestmont Limited Partnership II, Vestmont Limited Partnership III and Vesterra Corporation have requested that I represent them as counsel in this action.

5. I have reviewed and is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. If admitted *pro hac vice* in this matter, I will abide by the Local Court Rules of the United States District Court for the District of Massachusetts.

Date: September ___, 2005

_/s/ Howard D. Sr_____
HOWARD D. SCHER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN HANCOCK LIFE INSURANCE  
COMPANY,

        Plaintiff,

v.

VESTMONT LIMITED PARTNERSHIP,  
et al.,

        Defendants.

Civil Action No. 05-11614 WGY

CERTIFICATION OF BRIAN J. MCCORMICK, JR.
IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*

1.    I am an associate in the firm of Buchanan Ingersoll PC, with an address, telephone number, and facsimile number as follows:

        BUCHANAN INGERSOLL PC  
        1835 Market Street, 14th Floor  
        Philadelphia, PA 19103  
        Telephone: (215) 665-8700  
        Facsimile: (215) 665-8760

2.    I am admitted to practice before the highest court of the Commonwealth of Pennsylvania and the State of New Jersey, and am a member in good standing of both state bars. I am also admitted to practice before the following courts: the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey and the United States District Court for the Eastern District of Michigan.

3.   I am not subject to pending disciplinary proceedings in any jurisdiction.

4.   Defendants Vestmont Limited Partnership, Vestmont Limited Partnership II, Vestmont Limited Partnership III and Vesterra Corporation have requested that I represent them as counsel in this action.

5.   I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.   If admitted *pro hac vice* in this matter, I will abide by the Local Court Rules of the United States District Court for the District of Massachusetts.

Date: September 27, 2005

_____
BRIAN J. MCCORMICK, JR.