UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VESTMONT LIMITED PARTNERSHIP,<br>VESTMONT LIMITED PARTNERSHIP II,<br>VESTMONT LIMITED PARTNERSHIP III,<br>and VESTERRA CORPORATION d/b/a<br>MONTGOMERY SQUARE PARTNERSHIP,<br><br>Defendants. | CIVIL ACTION NO. 05-11614-WGY |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D) and the Court's September 14, 2005 Notice of Scheduling Conference, Plaintiff John Hancock Life Insurance Company and Defendants Vestmont Limited Partnership; Vestmont Limited Partnership II; Vestmont Limited Partnership III; and Vesterra Corporation d/b/a Montgomery Square Partnership hereby submit the following Joint Statement:

1.  **Agenda of Matters to be Discussed at the November 14, 2005 Scheduling Conference.**

    a.  Pre-trial schedule and discovery matters;

    b.  Trial by magistrate judge; and

    c.  Report on settlement discussion status.

2.  **Rule 26(f) Conference.**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), a teleconference was held on October 14, 2005. This Joint Statement reports the results of that conference and jointly proposes a discovery plan and pre-trial schedule as set forth below.

3.  **Rule 26(a)(1) Initial Disclosures.**

As required by Fed. R. Civ. P. 26(a)(1) and L.R. 26.2(A), the parties already have exchanged initial disclosures.

4.  **Limitations on Discovery.**

The parties have agreed to the following discovery limitations, subject to modification by leave of court:

(i)  Five (5) depositions per side;

(ii) Twenty-five (25) interrogatories per side;

(iii) Thirty (30) requests to admit per side;

(iv) Two (2) sets of requests for production of documents per side; and

(v)  The deposition of each proposed trial expert.

5.  **Scheduling.**

The parties agree that formal phasing of discovery is not necessary in this litigation. The proposals set forth below are subject to further motion by the parties, either jointly or individually.

| Event | Proposed Deadlines |
|---|---|
| Initial Disclosures | October 28, 2005 |
| Joinder of Other Parties | December 16, 2005 |
| Amendment of Pleadings | December 16, 2005 |
| Completion of Fact Discovery | March 3, 2006 |

| | |
|---|---|
| Initial Expert Reports | March 31, 2006 |
| Rebuttal Expert Reports | April 21, 2006 |
| Close of Expert Discovery | May 12, 2006 |
| Filing of Dispositive Motions | June 2, 2006 |
| Response Briefs on Dispositive Motions | June 30, 2006 |
| Reply Briefs on Dispositive Motions | July 14, 2006 |
| Mediation | July 28, 2006 |
| Final Pre-Trial Conference | To be set by Court |
| Trial | September 2006 |

6. **Protective Order.**

The parties have negotiated and filed with the Court a proposed form of protective order governing the handling of confidential and proprietary materials produced in discovery.

7. **Trial by Magistrate Judge.**

The parties do not consent to trial by a Magistrate Judge.

8. **Settlement.**

John Hancock has presented a written settlement demand and proposal to all of the Defendants pursuant to Local Rule 16.1(C). The Defendants have responded in writing to that demand and proposal. The parties agree that, at present, a settlement does not appear likely.

9. **Certifications Pursuant to Local Rule 16.1(D)(3).**

   a. John Hancock's certification is attached hereto as Exhibit A; and

   b. The Defendants' certification is attached hereto as Exhibit B.

| | |
|---|---|
| VESTMONT LIMITED PARTNERSHIP, VESTMONT LIMITED PARTNERSHIP II, VESTMONT LIMITED PARTNERSHIP III, and VESTERRA CORPORATION d/b/a MONTGOMERY SQUARE PARTNERSHIP | JOHN HANCOCK LIFE INSURANCE COMPANY |
| By their attorneys, | By its attorneys, |
| /s/Robert D. Hillman<br>Steven J. Brooks (BBO # 059140)<br>Robert D. Hillman (BBO # 552637)<br>DEUTSCH WILLIAMS BROOKS<br>DeRENSIS & HOLLAND, P.C.<br>99 Summer Street<br>Boston, MA 02110-1213<br>Tele.: 617-951-2300 | /s/ Brian A. Davis<br>Brian A. Davis (BBO # 546462)<br>Lisa M. Gaulin (BBO # 654655)<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Tele.: 617-248-5000 |

Howard D. Scher, Esq.
Brian J. McCormick, Jr.
C. Randolph Ross, Esq.
BUCHANAN INGERSOLL PC
1835 Market Street, Floor 14
Philadelphia, PA 19103
Tele.: 215-665-8700

Date:   November 7, 2005

3994251 1

# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, </br></br>Plaintiff, </br></br>v. </br></br>VESTMONT LIMITED PARTNERSHIP, </br>VESTMONT LIMITED PARTNERSHIP II, </br>VESTMONT LIMITED PARTNERSHIP III, </br>and VESTERRA CORPORATION d/b/a </br>MONTGOMERY SQUARE PARTNERSHIP, </br></br>Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) CIVIL ACTION NO. 05-11614-WGY </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify that an authorized representative of plaintiff John Hancock Life Insurance Company ("John Hancock") and John Hancock's counsel have conferred (a) with a view to establishing a budget for the costs of conducting the litigation and alternative courses of action; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/Brian A. Davis
Brian A. Davis (BBO No. 546462)
Lisa M. Gaulin (BBO No. 654655)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tele: 617-248-5000

Counsel for Plaintiff

Date:   November 7, 2005

3996413.1

/s/Nathaniel I. Margolis
Nathaniel I. Margolis
Vice President and Counsel
JOHN HANCOCK LIFE INSURANCE
COMPANY
200 Clarendon Street
Boston, Massachusetts 02116
Tele: 617-572-9290

# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>VESTMONT LIMITED PARTNERSHIP, et al.,<br><br>　　　　　Defendants. | Civil Action No. 05-11614 WGY |

**LOCAL RULE 16.1 CERTIFICATION**

　　　　Pursuant to Local Rule 16.1, defendants Vestmont Limited Partnership, Vestmont Limited Partnership II, Vestmont Limited Partnership III and Vesterra Corporation ("Defendants"), by and through their undersigned counsel, hereby certify that they have conferred:

　　　　a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

　　　　b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Vestmont Limited Partnership
By: ____Vesterra Corporation____
By: ____/s/ James R. Koller____
Name: ____James R. Koller____
Title: ____President____

Vestmont Limited Partnership II
By: ____Vesterra Corporation____
By: ____/s/ James R. Koller____
Name: ____James R. Koller____
Title: ____President____

Vestmont Limited Partnership III
By: _____Vesterra Corporation_____
By: _____/s/ James R. Koller_____
Name: _____James R. Koller_____
Title: _____President_____

_____/s/ Robert D. Hillman_____
Steven J. Brooks (BBO # 059140)
Robert D. Hillman (BBO # 552637)
DEUTSCH WILLIAMS BROOKS
DeRENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
Tele.: 617-951-2300

Vesterra Corporation

By: _____/s/ James R. Koller_____
Name: _____James R. Koller_____
Title: _____President_____

_____/s/ Brian J. McCormick, Jr._____
Howard D. Scher, Esq. (*pro hac vice* pending)
C. Randolph Ross, Esq. (*pro hac vice* pending)
Brian J. McCormick, Jr., Esq. (*pro hac vice* pending)
BUCHANAN INGERSOLL PC
1835 Market Street, Floor 14
Philadelphia, PA 19103
Tele.: 215-665-8700