UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> VESTMONT LIMITED PARTNERSHIP, <br> VESTMONT LIMITED PARTNERSHIP II, <br> VESTMONT LIMITED PARTNERSHIP III, <br> and VESTERRA CORPORATION d/b/a <br> MONTGOMERY SQUARE PARTNERSHIP, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 05-11614-WGY <br><br> YOUNG, D.J., *as modified* <br> So ordered as the case management scheduling order. <br> Discovery due *May 12, 2006* <br> Dispositive Motions due *June 2, 2006* <br><br> *William L. Young* <br> U.S. District Judge <br> *Nov. 23, 2005* |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D) and the Court's September 14, 2005 Notice of Scheduling Conference, Plaintiff John Hancock Life Insurance Company and Defendants Vestmont Limited Partnership; Vestmont Limited Partnership II; Vestmont Limited Partnership III; and Vesterra Corporation d/b/a Montgomery Square Partnership hereby submit the following Joint Statement:

1. **Agenda of Matters to be Discussed at the November 14, 2005 Scheduling Conference.**

    a. Pre-trial schedule and discovery matters;

    b. Trial by magistrate judge; and

    c. Report on settlement discussion status.

2. **Rule 26(f) Conference.**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), a teleconference was held on October 14, 2005. This Joint Statement reports the results of that conference and jointly proposes a discovery plan and pre-trial schedule as set forth below.

3. **Rule 26(a)(1) Initial Disclosures.**

As required by Fed. R. Civ. P. 26(a)(1) and L.R. 26.2(A), the parties already have exchanged initial disclosures.

4. **Limitations on Discovery.**

The parties have agreed to the following discovery limitations, subject to modification by leave of court:

   (i)   Five (5) depositions per side;

   (ii)  Twenty-five (25) interrogatories per side;

   (iii) Thirty (30) requests to admit per side;

   (iv)  Two (2) sets of requests for production of documents per side; and

   (v)   The deposition of each proposed trial expert.

5. **Scheduling.**

The parties agree that formal phasing of discovery is not necessary in this litigation. The proposals set forth below are subject to further motion by the parties, either jointly or individually.

| Event | Proposed Deadlines |
|---|---|
| Initial Disclosures | October 28, 2005 |
| Joinder of Other Parties | December 16, 2005 |
| Amendment of Pleadings | December 16, 2005 |
| Completion of Fact Discovery | March 3, 2006 |

| Initial Expert Reports | March 31, 2006 |
| --- | --- |
| Rebuttal Expert Reports | April 21, 2006 |
| Close of Expert Discovery | May 12, 2006 |
| Filing of Dispositive Motions | June 2, 2006 |
| Response Briefs on Dispositive Motions | June 30, 2006 |
| Reply Briefs on Dispositive Motions | July 14, 2006 |
| Mediation | July 28, 2006 |
| Final Pre-Trial Conference | To be set by Court |
| Trial | September 2006 |

6. **Protective Order.**

The parties have negotiated and filed with the Court a proposed form of protective order governing the handling of confidential and proprietary materials produced in discovery.

7. **Trial by Magistrate Judge.**

The parties do not consent to trial by a Magistrate Judge.

8. **Settlement.**

John Hancock has presented a written settlement demand and proposal to all of the Defendants pursuant to Local Rule 16.1(C). The Defendants have responded in writing to that demand and proposal. The parties agree that, at present, a settlement does not appear likely.

9. **Certifications Pursuant to Local Rule 16.1(D)(3).**

   a.   John Hancock's certification is attached hereto as Exhibit A; and

   b.   The Defendants' certification is attached hereto as Exhibit B.

| | |
|---|---|
| VESTMONT LIMITED PARTNERSHIP, VESTMONT LIMITED PARTNERSHIP II, VESTMONT LIMITED PARTNERSHIP III, and VESTERRA CORPORATION d/b/a MONTGOMERY SQUARE PARTNERSHIP | JOHN HANCOCK LIFE INSURANCE COMPANY |
| By their attorneys, | By its attorneys, |
| /s/Robert D. Hillman<br>Steven J. Brooks (BBO # 059140)<br>Robert D. Hillman (BBO # 552637)<br>DEUTSCH WILLIAMS BROOKS<br>DeRENSIS & HOLLAND, P.C.<br>99 Summer Street<br>Boston, MA 02110-1213<br>Tele.: 617-951-2300 | /s/ Brian A. Davis<br>Brian A. Davis (BBO # 546462)<br>Lisa M. Gaulin (BBO # 654655)<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Tele.: 617-248-5000 |
| Howard D. Scher, Esq.<br>Brian J. McCormick, Jr.<br>C. Randolph Ross, Esq.<br>BUCHANAN INGERSOLL PC<br>1835 Market Street, Floor 14<br>Philadelphia, PA 19103<br>Tele.: 215-665-8700 | |

Date:   November 7, 2005

3994251 1