```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                            Civil Action
 3                                          No. 05-11614-WGY

 4
    * * * * * * * * * * * * * * * * * * *
 5                                      *
    JOHN HANCOCK LIFE INSURANCE         *
 6  COMPANY,                            *
                                        *
 7      Plaintiff/Counterclaim Defendant, *
                                        *
 8  v.                                  *   HEARING
                                        *
 9  VESTMONT LIMITED PARTNERSHIP,       *
    et al.,                             *
10                                      *
        Defendants/Counterclaim Plaintiffs, *
11                                      *
    * * * * * * * * * * * * * * * * * * *
12
              BEFORE:  The Honorable William G. Young,
13                     District Judge

14
    APPEARANCES:
15
            CHOATE, HALL & STEWART (By Brian A. Davis,
16      Esq. and Lisa M. Gaulin, Esq.), Two International
        Place, 100-150 Oliver Street, Boston,
17      Massachusetts 02110, on behalf of the
        Plaintiff/Counterclaim Defendant
18
            DEUTSCH WILLIAMS BROOKS DeRENSIS & HOLLAND,
19      P.C. (By Robert D. Hillman, Esq.), 99 Summer
        Street, Boston, Massachusetts 02110-1213
20         - and -
            BUCHANAN INGERSOLL, P.C. (By Howard D.
21      Scher, Esq.), 1835 Market Street, Floor 14,
        Philadelphia, Pennsylvania 19103, on behalf of the
22      Defendants/Counterclaim Plaintiffs

23
                                            1 Courthouse Way
24                                          Boston, Massachusetts

25                                          February 14, 2006
```