```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS

                                         Civil Action
                                         No. 05-11614-WGY


* * * * * * * * * * * * * * * * * * *
                                    *
JOHN HANCOCK LIFE INSURANCE         *
COMPANY,                            *
                                    *
    Plaintiff/Counterclaim Defendant,*
                                    * MOTION HEARING
v.                                  *
                                    *
VESTMONT LIMITED PARTNERSHIP,       *
et al.,                             *
                                    *
    Defendants/Counterclaim Plaintiffs, *
                                    *
* * * * * * * * * * * * * * * * * * *

          BEFORE:  The Honorable William G. Young,
                   District Judge


APPEARANCES:

          CHOATE, HALL & STEWART (By Brian A. Davis,
    Esq. and Paul D. Popeo, Esq.), Two International
    Place, 100-150 Oliver Street, Boston,
    Massachusetts 02110, on behalf of the
    Plaintiff/Counterclaim Defendant

          BUCHANAN INGERSOLL, P.C. (By Howard D.
    Scher, Esq.), 1835 Market Street, Floor 14,
    Philadelphia, Pennsylvania 19103, on behalf of the
    Defendants/Counterclaim Plaintiffs




                                         1 Courthouse Way
                                         Boston, Massachusetts

                                         March 16, 2006
```