UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VESTMONT LIMITED PARTNERSHIP,<br>VESTMONT LIMITED PARTNERSHIP II,<br>VESTMONT LIMITED PARTNERSHIP III,<br>and VESTERRA CORPORATION d/b/a<br>MONTGOMERY SQUARE PARTNERSHIP,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11614-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF JOHN HANCOCK'S PROPOSED JURY *VOIR DIRE* QUESTIONS

Plaintiff John Hancock Life Insurance Company ("John Hancock" or "Hancock") submits this list of its proposed jury *voir dire* questions for use by the Court in the impanelment of the jury in the above-captioned case on May 1, 2006.

### Proposed Jury Voir Dire Questions

Question 1:

Have you or has anyone in your immediate family ever been involved in a dispute or a lawsuit concerning a financial loan?

Question 2:

Have you or has anyone in your immediate family ever been involved in a lawsuit against a life insurance company?

-2-

Question 3:

    Have you or has anyone in your immediate family ever been involved, as a principal or an employee, in the development of commercial real estate?

                              JOHN HANCOCK LIFE INSURANCE COMPANY

                              By its attorneys,

                              */s/ Brian A. Davis*
                              Brian A. Davis (BBO No. 546462)
                              Paul D. Popeo (BBO No. 567727)
                              Elizabeth A. Castellani (BBO No. 663818)
                              CHOATE, HALL & STEWART LLP
                              Two International Place
                              Boston, MA 02110
                              Tele: 617-248-5000
                              Fax: 617-248-4000

Date:  April 27, 2006

4075872v1

-3-

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 27, 2006.

*/s/ Brian A. Davis*
Brian A. Davis

4075872v1