UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, :<br><br>Plaintiff and Counterclaim Defendant, :<br><br>v. :<br><br>VESTMONT LIMITED PARTNERSHIP, et al., :<br><br>Defendants and Counterclaim Plaintiffs. : | Civil Action No. 05-11614 WGY |

**DEFENDANTS' AND COUNTERCLAIM PLAINTIFF'S
FIRST PROPOSED SPECIAL JURY FORM**

    1.    Do you find that John Hancock Life Insurance Company ("Hancock") has proved by a preponderance of the evidence that Defendant entities ("Vesterra") breached the written contract between the parties?

    Yes _____   No _____

    If your answer is Yes, please proceed to Question Number 2, if your answer is No, please proceed to Question Number 7.

    2.    Do you find that Hancock has proved that it was ready, willing and able to perform its obligations under the contract at the time of Vesterra's breach?

    Yes _____   No _____

    If your answer is Yes, proceed to the next question. If your answer is No, please proceed to Question No. 7.

      3.      Has Hancock proved that the breach of contract by Vesterra caused damages to Hancock?

            Yes _____    No _____

If your answer is Yes, proceed to the next question. If your answer is No, please proceed to Question No. 7.

      4.      Do you find that the Accepted Application contained damages provisions in which the parties agreed that the Application Fee and Commitment Fee would constitute the amount of damages sustained by Hancock in the event that Vesterra's breach prevented the loan from closing?

            Yes _____    No _____

If your answer is Yes, proceed to Question No. 6. If your answer is No, please proceed to the next question.

      5.      Please write the amount of damages proved in words and numbers in the space provided:

        _____

This amount should **not** include Court costs, attorneys fees, or interest.

After you have answered this question, please proceed to Question Number 6.

## COUNTERCLAIM

      6.      Do you find that Vesterra has proven that Hancock committed unfair or deceptive acts or practices in connection with its transaction with Vesterra?

            Yes _____    No _____

If your answer is Yes, please proceed to the next Question. If your answer is No, your deliberations are at an end.

      7.      Do you find that Hancock has proven that its conduct did not occur primarily and substantially in Massachusetts?

            Yes _____    No _____

If your answer is Yes, your deliberations are at an end. If your answer is No, please proceed to the next Question.

8. Do you find that Vesterra has proven that Hancock's conduct caused Vesterra to sustain damages?

Yes _____   No _____

If your answer is Yes, please proceed to the next Question. If your answer is No, your deliberations are at an end.

9. Please write in words and numbers the amount of damages which you find that Vesterra is entitled to as a result of Hancock's conduct.

_____

This amount should **not** include Court costs, attorneys fees, or interest.

After you have answered this question, please proceed to Question Number 10.

10. Do you find that Hancock willingly or knowingly committed the unfair or deceptive act or practice?

Yes _____   No _____

If your answer is Yes, please proceed to the next Question. If your answer is No, your deliberations are at an end.

12. Do you find that damages should be doubled or trebled?

Doubled _____   Trebled _____

THIS COMPLETES YOUR DELIBERATIONS

DWLIB 198738v1
8836/00

3