```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No. 05-11614-WGY


* * * * * * * * * * * * * * * * * * *
                                    *
JOHN HANCOCK LIFE INSURANCE         *
COMPANY,                            *
                                    *
    Plaintiff/Counterclaim Defendant,*
                                    *
v.                                  *   MOTION HEARING
                                    *
VESTMONT LIMITED PARTNERSHIP,       *
et al.,                             *
                                    *
    Defendants/Counterclaim Plaintiffs, *
                                    *
* * * * * * * * * * * * * * * * * * *

             BEFORE:  The Honorable William G. Young,
                      District Judge


APPEARANCES:

         CHOATE, HALL & STEWART (By Brian A. Davis,
    Esq. and Paul D. Popeo, Esq.), Two International
    Place, 100-150 Oliver Street, Boston,
    Massachusetts 02110, on behalf of the
    Plaintiff/Counterclaim Defendant

         DEUTSCH WILLIAMS BROOKS DeRENSIS & HOLLAND,
    P.C. (By Robert D. Hillman, Esq.), 99 Summer
    Street, Boston, Massachusetts 02110-1213
         - and -
         BUCHANAN INGERSOLL, P.C. (By Howard D.
    Scher, Esq.), 1835 Market Street, Floor 14,
    Philadelphia, Pennsylvania 19103, on behalf of the
    Defendants/Counterclaim Plaintiffs


                                          1 Courthouse Way
                                          Boston, Massachusetts

                                          April 20, 2006
```