AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
### DISTRICT OF MASSACHUSETTS

John Hancock

v.

Vestmont

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 05 cv 11614

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Davis | Scher |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/1 | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5-2-06 | | | John Ferrge |
| | | | C2 | 111 | Pages from Avenel website |
| | | | | | Timothy Malik |
| | | 5/3/06 | | | Timothy Malik |
| | | | | | Jury quest #1 |
| | | | | | Ivor Thomas |
| | | | | | Helene McCole |
| | | | | | James Keller |
| | | 5/4/06 | | | James Keller |
| | | | AB | 112 | "Teaser Flier" |
| | | | AJ | 113 | June 15 email |
| | | | AY | 114 | July 26 email |
| | | | | | Joan Uzdavinis |
| | | | | | Simon Platt |
| | | | | | Chart from Ntr effect report |
| | | | | | Joseph Kelly |
| | | | | | Jury quest #2 |
| | | 5/5/06 | | | Joseph Kelly |
| | | | X | 115 | email from DeLillo to Kelly |
| | | | | 116 | deed 4/18/06 |
| | | | | | Linda Spevizak |
| | | | | | Richard Johnson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| John Hancock | | | vs. | Vestmont | CASE NO. CA 05-11614-WGY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/8 | | | Helene McCole |

Page _____ of _____ Pages

**TRIAL EXHIBITS ADMITTED IN EVIDENCE**

May 7, 2006

| Ex. No. | Document Description | Date | Bates Range | Deposition Exhibit Number (if used as one) | Date Admitted | Witness |
|---|---|---|---|---|---|---|
| 1 | 2004 Lending Guidelines | | JH 01468-01893 | | 05/03/06 | Malik Direct |
| 2 | Examples of Reserve Calculations (with handwriting) | | JH01119 | Malik 17 | 05/03/06 | Malik Direct |
| 4 | JH Graphs of Cash Balances | | JH 01412-01420 | Uzdavinis 12 and 13 | 05/04/06 | Uzdavinis Direct |
| 5 | ManuLife Credit Procedures | | JH 01894-02277 | | 05/03/06 | Malik Cross |
| 6 | Representative Projects for Vesterra | | JH 00803 | Koller 2; Kelly 2 | 05/02/06 | Ferrie Direct |
| 7 | Vesterra Corporation's Principals | | JH 00779 | Koller 1; Kelly 1 | 05/02/06 | Koller Direct |
| 13 | JH Term Sheet with handwriting | 6/18/04 | V 1181-1188 | Koller 3; Kelly 3; Ferrie 7 | 05/03/06 | Koller Direct |
| 19 | JH Term Sheet without handwriting | 7/21/04 | JH 00733-00737 | Koller 6; Ferrie 8 | 05/02/06 05/03/06 | Ferrie Direct Koller Direct |
| 21 | E-mail from Ferrie to Kelly | 7/29/04 | JH00219-00289 | Kelly 6; Ferrie 9 (00219 only) | 05/02/06 05/03/06 | Ferrie Cross Koller Direct |
| 26 | Letter from T. Malik to Ferrie | 7/30/04 | JH00162-163 | | 05/03/06 | Malik Cross |
| 28 | Loan Application/Commitment | 7/30/04 | JH 00958-01028 | Koller 8; Kelly 5; Coyne 5 | 05/02/06 | Ferrie Direct |
| 39 | Interest Rate Circle Notification | 8/2/04 | JH 01109-01117 | Nectow 1; Uzdavinis 2 | 05/04/06 | Uzdavinis Cross |
| 41 | E-Mail from J. Ferrie to T. Malik | 8/2/04 | JH0127-128 | | 05/03/06 | Malik Cross |
| 45 | JH Internal Approval Documents | 8/6/04 | JH 01128-01148 | Coyne 1; Henderson 3 | 05/03/06 | Malik Direct |
| 47 | E-mail from Malik to Ferrie | 8/11/04 | JH 00131-00132 | Malik 4; Ferrie 3; Coyne 2; Henderson 4 | 05/02/06 05/03/06 | Ferrie Cross Malik Cross |
| 48 | E-Mail from J. Ferrie to R. Kelly | 8/11/04 | JH00133-134 | | 05/02/06 05/03/06 | Ferrie Direct Malik Cross Kelly Cross |
| 49 | E-Mail from T. Malik to D. Henderson | 8/12/04 | JH01175 | | 05/03/06 | Malik Cross |
| 50 | JH Internal Approval Documents | 8/16/04 | JH 00405-00425 | Kelly 27; Ferrie 16; Malik 1; Henderson 6; Coyne 3; Uzdavinis 3 | 05/03/06 05/03/06 05/04/06 | Ferrie Cross Malik Direct Kelly Cross |
| 51 | Memo from Malik to Thomas and Henderson | 8/16/04 | JH 01176 | Henderson 7 | 05/03/06 | Malik Cross |

| Ex. No. | Document Description | Date | Bates Range | Deposition Exhibit Number (if used as one) | Date Admitted | Witness |
|---|---|---|---|---|---|---|
| 52 | Memo from P. Coyne to T. Malik | 8/17/04 | JH01174 | | 05/03/06 | Malik Cross |
| 54 | Letter from H. McCole to J. Kelly | 8/18/04 | V0604 | | 05/02/06 05/04/06 | Ferrie Cross Kelly Cross |
| 60 | 2005 Lending Guidelines | 1/25/05 | JH 02278-02514 | | 05/03/06 | Malik Cross |
| 66 | E-mail from Depolis to Ferrie | 4/14/05 | JH 00153 | | 05/02/06 | Ferrie Direct |
| 63 <s>62</s> | | | | | | |
| 67 | Letter from McCole to MSP (Kelly) | 5/10/05 | JH 00699-722 | | 05/04/06 | Kelly Cross |
| 70 | E-mail from Ferrie to Malik | 5/16/05 | JH 01194-01195 | | 05/02/06 | Ferrie Direct |
|  | E-mail from J. Ferrie to J. Kelly | 6/6/05 | JH 00912 | Kelly 21 | 05/02/06 05/03/06 | Ferrie Direct Malik Direct |
| 72 | E-mail from Ferrie to Malik | 6/9/05 | JH01196 | Koller 12 | 05/04/06 | Koller Direct |
| 73 | Fax from JH to Kelly and Costa | 6/16/05 | JH 00483-00485 | Kelly 15 | 05/04/06 | Kelly Cross |
| 74 | E-mail from McCole to Kelly | 6/21/05 | JH01197 | Kelly 16 | 05/04/06 | Kelly Cross |
| 75 | E-mail from McCole to Kelly | 6/23/05 | V 0564-0565 | | 05/04/06 | Kelly Cross |
| 104 | Expert Report of Linda C. Spevacek | 3/24/06 | | | 05/04/06 | Koller Recross |
| 106 | E-mail from Malik to Roseen | 5/31/05 | JH01211-1212 | | 05/02/06 | Ferrie Direct |
| 108 | Invoice from Veris to Randolph Ross | 03/31/06 | | Johnson 8 | 05/05/06 | Johnson Cross |
| 109 | Web page from Blaha regarding Corporate Debt Rating Systems | | | Johnson 10 | 05/05/06 | Johnson Cross |
| 111 | Avenel Web Pages (formerly CZ) | | | | 05/02/06 | Ferrie Direct |
| 112 | E-mail from Marcus to Kelly with Teaser (formerly AB) | 05/25/05 | | | 05/04/06 | Koller Cross |
| 113 | E-mail from Kelly to Koller (formerly AJ) | 06/15/05 | V1637-1642 | | 05/04/06 | Koller Cross |
| 114 | E-mail from Jordan to Kelly and Koller (formerly AY) | 07/20/05 | V2299-2325 | | 05/04/06 | Koller Cross |
| 115 | E-mail from DeLillo to Kelly (formerly X) | 5/12/2005 | V 2236-2245 | | 05/05/06 | Kelly Cross |
| 116 | Deed between Montgomery Square Partnership and Avenel Realty Co., Inc. (formerly CQ) | 4/18/06 | | | 05/05/06 | Kelly Cross |

117 late of return on JA
investment

2