UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>VESTMONT LIMITED PARTNERSHIP<br>VESTMONT LIMITED PARTNERSHIP II<br>VESTMONT LIMITED PARTNERSHIP III and VESTERRA CORPORATION d/b/a MONTGOMERY SQUARE PARTNERSHIP,<br><br>    Defendants | CIVIL ACTION<br>NO. 05-11614-WGY |

## JURY VERDICT

We find for

1. _____ The Vestmont affiliated entities

2. \_\_\_✓\_\_\_\_ John Hancock Life Insurance Company
   and damages of  $2.64 million .

*Christine Dendor Fanning*
Forelady

Date: 5/8/06