UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **JOHN HANCOCK**<br><br>Plaintiff<br><br>v.<br><br>**VESTMONT, ET AL**<br>**Defendant** | Civil Action<br>No:05-11614-WGY |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE PLAINTIFF JOHN HANCOCK in the amount of $2,640,000 .**

 Sarah A. Thornton  
**Clerk**

**So Approved**

| /s/ William G. Young | /s/ Elizabeth Smith |
|---|---|
| USDJ | Deputy Clerk |

May 11, 2006

**To: All Counsel**