UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No:05-11614-WGY

**JOHN HANCOCK LIFE INSURANCE COMPANY**

Plaintiff

v.

**VESTMONT LIMITED PARTNERSHIP, ET AL**
Defendant

AMENDED JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE PLAINTIFF JOHN HANCOCK LIFE INSURANCE COMPANY in the amount of $1,680,000 .**

Sarah A. Thornton
_____
Clerk

So Approved
/s/ William G. Young
_____

/s/ Elizabeth Smith
_____
Deputy Clerk

June 9, 2006

To: All Counsel