UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, | : : : : |
| Plaintiff, | : : |
| v. | :   Civil Action No. 05-11614 WGY |
| VESTMONT LIMITED PARTNERSHIP, et al., | : : : : |
| Defendants. | : : |

**NOTICE OF APPEAL**

Notice is hereby given that Vestmont Limited Partnership, Vestmont Limited Partnership II, Vestmont Limited Partnership III, and Vesterra Corporation, defendants and counterclaim plaintiffs in the above named case, having timely moved to amend the Judgment under Fed. R. Civ. P. 59 and 60, which motion was granted on June 6, 2006, hereby appeal to the United States Court of Appeals for the First Circuit from the decisions and orders of the United States District Court for the District of Massachusetts, including:

1. The Judgment, entered on May 11, 2006;

2. The Amended Judgment, entered on June 9, 2006; and

3. The Order, entered on June 7, 2006, granting, in part, plaintiff's Motion for

Reimbursement of Legal Expenses (filed May 25, 2006).

        Respectfully submitted,

        /s/ Robert D. Hillman
        Steven J. Brooks (BBO # 059140)
        Robert D. Hillman (BBO # 552637)
        DEUTSCH WILLIAMS BROOKS
        DeRENSIS & HOLLAND, P.C.
        99 Summer Street
        Boston, MA 02110-1213
        Tele.: 617-951-2300

        /s/ Howard D. Scher
        Howard D. Scher (admitted *pro hac vice*)
        C. Randolph Ross (admitted *pro hac vice*)
        Brian J. McCormick, Jr.(admitted *pro hac vice*)
        BUCHANAN INGERSOLL PC
        1835 Market Street, Floor 14
        Philadelphia, PA 19103
        Tele.: 215-665-8700

        Attorneys for Defendants/Counterclaim Plaintiffs Vestmont Limited Partnership, Vestmont Limited Partnership II, Vestmont Limited Partnership III and Vesterra Corporation

Dated: June 29, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document has been filed electronically today, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and is available for viewing and downloading from the ECF system.

        /s/ Robert D. Hillman

DWLIB 201645v1
8836/00

2