1

```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS

                                    Civil Action
                                    No. 05-11614-WGY

* * * * * * * * * * * * * * * * * *
                                   *
JOHN HANCOCK LIFE INSURANCE        *
COMPANY,                           *
                                   *  TRANSCRIPT OF
  Plaintiff/Counterclaim Defendant *  PRELIMINARY JURY
                                   *  INSTRUCTIONS,
                                   *  OPENING STATEMENTS
v.                                 *  and THE EVIDENCE
                                   *     (Volume 2)
VESTMONT LIMITED PARTNERSHIP,      *
et al.,                            *
                                   *
  Defendants/Counterclaim Plaintiffs *
                                   *
* * * * * * * * * * * * * * * * * *


         BEFORE:  The Honorable William G. Young,
                  District Judge, and a Jury


APPEARANCES:

         CHOATE, HALL & STEWART (By Brian A. Davis,
    Esq. and Paul D. Popeo, Esq.), Two International
    Place, 100-150 Oliver Street, Boston,
    Massachusetts 02110, on behalf of the
    Plaintiff/Counterclaim Defendant

         DEUTSCH WILLIAMS BROOKS DeRENSIS & HOLLAND,
    P.C. (By Robert D. Hillman, Esq.), 99 Summer
    Street, Boston, Massachusetts 02110-1213
         - and -
         BUCHANAN INGERSOLL, P.C. (By Howard D.
    Scher, Esq. and Brian J. McCormick, Esq.),
    1835 Market Street, Floor 14, Philadelphia,
    Pennsylvania 19103, on behalf of the
    Defendants/Counterclaim Plaintiffs

                              Courthouse Way
                              Boston, Massachusetts
                              May 2, 2006
```

```
 1                         I N D E X
 2     ----------------------------------------------------------
 3     WITNESS:                DIRECT   CROSS   REDIRECT   RECROSS
 4     ----------------------------------------------------------
 5     JOHN FERRIE
 6        BY MR. DAVIS           50
 7        BY MR. SCHER                    88
 8        BY MR. DAVIS                            136
 9
10     TIMOTHY MALIK
11        BY MR. DAVIS          140
12
13
14     ----------------------------------------------------------
15     TRIAL EXHIBITS RECEIVED IN EVIDENCE                   PAGE
16     ----------------------------------------------------------
17      Exhibit 111 (CZ), pictures of Avenel                  62
18           Apartments
```