1

```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS

                              Civil Action
                              No. 05-11614-WGY

* * * * * * * * * * * * * * * * * *
                                   *
JOHN HANCOCK LIFE INSURANCE        *
COMPANY,                           *
                                   *
  Plaintiff/Counterclaim Defendant *
                                   *
                                   *  TRANSCRIPT OF
v.                                 *  THE EVIDENCE
                                   *    (Volume 3)
VESTMONT LIMITED PARTNERSHIP,      *
et al.,                            *
                                   *
  Defendants/Counterclaim Plaintiffs *
                                   *
* * * * * * * * * * * * * * * * * *


         BEFORE:  The Honorable William G. Young,
                  District Judge, and a Jury


APPEARANCES:

        CHOATE, HALL & STEWART (By Brian A. Davis,
     Esq. and Paul D. Popeo, Esq.), Two International
     Place, 100-150 Oliver Street, Boston,
     Massachusetts 02110, on behalf of the
     Plaintiff/Counterclaim Defendant

        DEUTSCH WILLIAMS BROOKS DeRENSIS & HOLLAND,
     P.C. (By Robert D. Hillman, Esq.), 99 Summer
     Street, Boston, Massachusetts 02110-1213
          - and -
        BUCHANAN INGERSOLL, P.C. (By Howard D.
     Scher, Esq. and Brian J. McCormick, Esq.),
     1835 Market Street, Floor 14, Philadelphia,
     Pennsylvania 19103, on behalf of the
     Defendants/Counterclaim Plaintiffs

                              Courthouse Way
                              Boston, Massachusetts
                              May 3, 2006
```

```
                                                                  2
 1                              I N D E X

 2     ----------------------------------------------------------

 3     WITNESS:                DIRECT   CROSS   REDIRECT   RECROSS

 4     ----------------------------------------------------------

 5     TIMOTHY MALIK

 6        BY MR. DAVIS            3

 7        BY MR. SCHER                    47

 8        BY MR. DAVIS                            105

 9        BY MR. SCHER                                      120

10

11     IVOR THOMAS

12        BY MR. DAVIS          123

13        BY MR. SCHER                   127

14        BY MR. DAVIS          128

15

16     HELENE McCOLE

17        BY MR. POPEO          129

18

19     JAMES R. KOLLER

20        BY MR. SCHER          137

21

22     ----------------------------------------------------------

23     TRIAL EXHIBITS RECEIVED IN EVIDENCE                   PAGE

24     ----------------------------------------------------------

25        (None)
```