1

```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                                    Civil Action
                                    No. 05-11614-WGY

* * * * * * * * * * * * * * * * * *
                                   *
JOHN HANCOCK LIFE INSURANCE        *
COMPANY,                           *
                                   *
 Plaintiff/Counterclaim Defendant  *
                                   *
                                   *  TRANSCRIPT OF
v.                                 *  THE EVIDENCE
                                   *    (Volume 4)
VESTMONT LIMITED PARTNERSHIP,      *
et al.,                            *
                                   *
 Defendants/Counterclaim Plaintiffs *
                                   *
* * * * * * * * * * * * * * * * * *


        BEFORE:  The Honorable William G. Young,
                 District Judge, and a Jury


APPEARANCES:

        CHOATE, HALL & STEWART (By Brian A. Davis,
    Esq. and Paul D. Popeo, Esq.), Two International
    Place, 100-150 Oliver Street, Boston,
    Massachusetts 02110, on behalf of the
    Plaintiff/Counterclaim Defendant

        DEUTSCH WILLIAMS BROOKS DeRENSIS & HOLLAND,
    P.C. (By Robert D. Hillman, Esq.), 99 Summer
    Street, Boston, Massachusetts 02110-1213
        - and -
        BUCHANAN INGERSOLL, P.C. (By Howard D.
    Scher, Esq. and Brian J. McCormick, Esq.),
    1835 Market Street, Floor 14, Philadelphia,
    Pennsylvania 19103, on behalf of the
    Defendants/Counterclaim Plaintiffs

                            Courthouse Way
                            Boston, Massachusetts
                            May 4, 2006
```

```
 1                          I N D E X

 2      ----------------------------------------------------------

 3      WITNESS:                DIRECT   CROSS   REDIRECT   RECROSS

 4      ----------------------------------------------------------

 5      JAMES R. KOLLER

 6          BY MR. SCHER           5

 7          BY MR. DAVIS                    20

 8          BY MR. SCHER                              44

 9          BY MR. DAVIS                                         50

10

11      JOAN UZDAVINIS

12          BY MR. POPEO          55

13          BY MR. SCHER                    68

14          BY MR. POPEO                              74

15          BY MR. SCHER                                         77

16

17      SIMON DAVID JOHN PLATT

18          BY MR. DAVIS          80

19          BY MR. SCHER                   106

20          BY MR. DAVIS                                        119

21

22      JOSEPH KELLY

23          BY MR. SCHER         121

24          BY MR. POPEO                   141

25
```

```
                                                               3
 1   ----------------------------------------------------------
 2   TRIAL EXHIBITS RECEIVED IN EVIDENCE                    PAGE
 3   ----------------------------------------------------------
 4    Exhibit 112 (AB), teaser flyer                         37
 5    Exhibit 113 (AJ), e-mail, Jordan to Joe Kelly          40
 6    Exhibit 114 (AY), e-mail, Jordan to Koller and         41
 7        Kelly
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```