1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action
No. 05-11614-WGY

```
* * * * * * * * * * * * * * * * *
                                 *
JOHN HANCOCK LIFE INSURANCE      *
COMPANY,                         *
                                 *
 Plaintiff/Counterclaim Defendant *
                                 *
                                 *   TRANSCRIPT OF
v.                               *   THE EVIDENCE
                                 *    (Volume 5)
VESTMONT LIMITED PARTNERSHIP,    *
et al.,                          *
                                 *
 Defendants/Counterclaim Plaintiffs *
                                 *
* * * * * * * * * * * * * * * * *
```

BEFORE:  The Honorable William G. Young,
District Judge, and a Jury


APPEARANCES:

        CHOATE, HALL & STEWART (By Brian A. Davis,
    Esq. and Paul D. Popeo, Esq.), Two International
    Place, 100-150 Oliver Street, Boston,
    Massachusetts 02110, on behalf of the
    Plaintiff/Counterclaim Defendant

        DEUTSCH WILLIAMS BROOKS DeRENSIS & HOLLAND,
    P.C. (By Robert D. Hillman, Esq.), 99 Summer
    Street, Boston, Massachusetts 02110-1213
        - and -
        BUCHANAN INGERSOLL, P.C. (By Howard D.
    Scher, Esq. and Brian J. McCormick, Esq.),
    1835 Market Street, Floor 14, Philadelphia,
    Pennsylvania 19103, on behalf of the
    Defendants/Counterclaim Plaintiffs

                    Courthouse Way
                    Boston, Massachusetts
                    May 5, 2006

2

```
1   ------------------------------------------------------------
2   WITNESS:                    DIRECT  CROSS  REDIRECT  RECROSS
3   ------------------------------------------------------------
4    JOSEPH KELLY
5       BY MR. POPEO            4
6       BY MR. SCHER                    13
7       BY MR. POPEO                            25
8
9    LINDA SPEVACEK
10      BY MR. SCHER            33
11      BY MR. DAVIS                    62
12      BY MR. SCHER                            66
13      BY MR. DAVIS                                    68
14      BY MR. SCHER                            70
15      BY MR. DAVIS                                    70
16
17   RICHARD LARRY JOHNSON
18      BY MR. SCHER            76
19      BY MR. DAVIS                    91
20      BY MR. SCHER                            108
21  ------------------------------------------------------------
22  TRIAL EXHIBITS RECEIVED IN EVIDENCE                     PAGE
23  ------------------------------------------------------------
24   Exhibit 115 (X), e-mail from DeLillo, 5-12-05      10
25   Exhibit 116 (CQ), deed                             13
```