1

```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

                                    Civil Action
                                    No. 05-11614-WGY

* * * * * * * * * * * * * * * * * *
                                   *
JOHN HANCOCK LIFE INSURANCE        *
COMPANY,                           *
                                   * TRANSCRIPT OF THE
  Plaintiff/Counterclaim Defendant * EVIDENCE, JURY
                                   * INSTRUCTIONS,
                                   * CLOSING ARGUMENTS
v.                                 * and THE VERDICT
                                   *      (Volume 6)
VESTMONT LIMITED PARTNERSHIP,      *
et al.,                            *
                                   *
  Defendants/Counterclaim Plaintiffs *
                                   *
* * * * * * * * * * * * * * * * * *


           BEFORE:  The Honorable William G. Young,
                    District Judge, and a Jury


APPEARANCES:

        CHOATE, HALL & STEWART (By Brian A. Davis,
    Esq. and Paul D. Popeo, Esq.), Two International
    Place, 100-150 Oliver Street, Boston,
    Massachusetts 02110, on behalf of the
    Plaintiff/Counterclaim Defendant

        DEUTSCH WILLIAMS BROOKS DeRENSIS & HOLLAND,
    P.C. (By Robert D. Hillman, Esq.), 99 Summer
    Street, Boston, Massachusetts 02110-1213
        - and -
        BUCHANAN INGERSOLL, P.C. (By Howard D.
    Scher, Esq. and Brian J. McCormick, Esq.),
    1835 Market Street, Floor 14, Philadelphia,
    Pennsylvania 19103, on behalf of the
    Defendants/Counterclaim Plaintiffs

                              Courthouse Way
                              Boston, Massachusetts
                              May 8, 2006
```

```
                                                               2
 1                         I N D E X

 2     ----------------------------------------------------------

 3     WITNESS:              DIRECT   CROSS   REDIRECT   RECROSS

 4     ----------------------------------------------------------

 5      HELEN McCOLE

 6         BY MR. POPEO         4

 7         BY MR. SCHER                 15

 8

 9

10   Jury Instructions                              28, 91

11   Closing Argument by Mr. Scher                      51

12   Closing Argument of Mr. Davis                      70

13   The Verdict                                       107

14

15

16

17

18

19

20

21

22

23

24

25
```