# United States Court of Appeals
## For the First Circuit

*05- 11614*
*Massachusetts(s)*
*W. Young*

No. 06-2022

JOHN HANCOCK LIFE INSURANCE COMPANY

Plaintiff - Appellee

v.

VESTMONT LIMITED PARTNERSHIP; VESTMONT LIMITED PARTNERSHIP
II; VESTMONT LIMITED PARTNERSHIP III; VESTERRA CORPORATION,
d/b/a Montgomery Square Partnership

Defendants - Appellants

### JUDGMENT

Entered: August 24, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be
voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own
costs.

Mandate to issue forthwith.

*Certified and Issued as Mandate*
*under Fed. R. App. P. 41.*

*Richard Cushing Donovan, Clerk*

*Jennifer Caldo*

*Deputy Clerk*

*Date: 8.24.06*

By the Court:
Richard Cushing Donovan, Clerk

LYNNE ALIX MORRISON

By: _____
Appeals Attorney

[cc: Brian A. Davis, Esq., Meghan L. Rhatigan, Esq., Paul D. Popeo, Esq., Elizabeth
A. Castellani, Esq., Lisa M. Gaulin, Esq., Paula Joan Popeo, Esq., C. Randolph Ross,
Esq., Howard D. Scher, Esq., Brian J. McCormick, Jr., Eq., Robert D. Hillman, Esq.,
Steven J. Brooks, Esq.]