# United States Court of Appeals
## For the First Circuit

*[handwritten: 05-11614 Massachusetts (5) W. Young]*

No. 06-2022

JOHN HANCOCK LIFE INSURANCE COMPANY

Plaintiff - Appellee

v.

VESTMONT LIMITED PARTNERSHIP; VESTMONT LIMITED PARTNERSHIP II; VESTMONT LIMITED PARTNERSHIP III; VESTERRA CORPORATION, d/b/a Montgomery Square Partnership

Defendants - Appellants

**JUDGMENT**

Entered: August 24, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

*Certified and Issued as Mandate under Fed. R. App. P. 41.*

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 8-24-06

By the Court:
Richard Cushing Donovan, Clerk

LYNNE ALIX MORRISON
By: _____
Appeals Attorney

[cc: Brian A. Davis, Esq., Meghan L. Rhatigan, Esq., Paul D. Popeo, Esq., Elizabeth A. Castellani, Esq., Lisa M. Gaulin, Esq., Paula Joan Popeo, Esq., C. Randolph Ross, Esq., Howard D. Scher, Esq., Brian J. McCormick, Jr., Eq., Robert D. Hillman, Esq., Steven J. Brooks, Esq.]