UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, )<br><br>Plaintiff/Counterclaim Defendant, )<br><br>v. )<br><br>VESTMONT LIMITED PARTNERSHIP, )<br>VESTMONT LIMITED PARTNERSHIP II, )<br>VESTMONT LIMITED PARTNERSHIP III, )<br>and VESTERRA CORPORATION d/b/a )<br>MONTGOMERY SQUARE PARTNERSHIP, )<br><br>Defendants/Counterclaim Plaintiffs. ) | CIVIL ACTION NO. 05-11614-WGY |

## SATISFACTION OF JUDGMENT

Plaintiff, John Hancock Life Insurance Company, hereby notifies the Court, pursuant to

Local Rule 58.2(a)(2), that the Amended Judgment entered by the Court in this action has been

satisfied by Defendants.

JOHN HANCOCK LIFE INSURANCE
COMPANY

By its attorneys,

/s/ Paul D. Popeo
Brian A. Davis (BBO No. 546462)
Paul D. Popeo (BBO No. 567727)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
Tel.:  (617) 248-5000
Fax:  (617) 248-4000

Date:  August 30, 2006

4118082v1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 30, 2006.

*/s/ Paul D. Popeo*
Paul D. Popeo